

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Sergio Antonio Cerna,

Vs. No. 11-24-00065-CR

The State of Texas,

\* From the 385th District Court
  of Midland County,
  Trial Court No. CR57354.

\* August 14, 2025

\* Memorandum Opinion by Williams, J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

    This court has inspected the record in this cause and concludes that there is no error in the judgments below.   Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed.